924

No. 210, Misc. ROWE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Francis D. Murnaghan, Jr.*, for petitioner. *Thomas B. Finan*, Attorney General of Maryland, and *Mathias J. DeVito*, Assistant Attorney General, for respondent.

No. 232, Misc. CHAPMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 239, Misc. BLAKE v. GEORGIA. Supreme Court of Georgia. Certiorari denied. Petitioner *pro se*. *Andrew J. Ryan, Jr.*, and *Sylvan A. Garfunkel* for respondent.

No. 381, Misc. DRAPER v. RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 389, Misc. GRIFFIN v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 395, Misc. CORA v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 422, Misc. BRADFORD v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 129. LAKEN v. CORNMESSER, *ante*, p. 822;
No. 144. WOXBERG ET AL. v. UNITED STATES, *ante*, p. 823;
No. 194. CASS ET AL. v. YOUNGSTOWN SHEET & TUBE Co., *ante*, p. 828; and
No. 197. URGA v. FLORIDA, *ante*, p. 829. Petitions for rehearing denied.